```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIE JORDAN,

       Plaintiff,

  -against-

DAVID CHALVISAN PAPER FIBERS
CORPORATION,

       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

08 Civ. 2191 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

  The initial pre-trial conference is adjourned to July 11, 2008 at 10:30 a.m. Plaintiff shall mail copies of this Order and the Order dated March 31, 2008 to Defendant's counsel. If Plaintiff is unaware of the identity of Defendant's counsel, then Plaintiff shall send a copy of the notice to Defendant personally.

Dated: June 20, 2008
   New York, New York

            SO ORDERED:

            _____
            WILLIAM H. PAULEY III
            U.S.D.J.

*Copy mailed to:*

Willie Jordan
584 Union Ave. # 5A
Bronx, NY 10455
*Pro Se Platiff*