```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
WILLIE JORDAN,

      Plaintiff,

  -against-

DAVID CHALVISAN PAPER FIBERS
CORPORATION,

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 Civ. 2191 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

  The initial pre-trial conference shall take place July 25, 2008 at 10:00 a.m. in Courtroom 11D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

Dated: July 11, 2008
   New York, New York

              SO ORDERED:

              _____
              WILLIAM H. PAULEY III
              U.S.D.J.

*Copies mailed to:*

Willie Jordan
584 Union Ave. # 5A
Bronx, NY 10455
*Pro Se* Plaintiff

Alexander E. Gallin, Esq.
Reed Smith LLP
599 Lexington Avenue, 28th Floor
New York, NY 10022
*Counsel for Defendant*