# ReedSmith

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
212.521.5400
Fax 212.521.5450

**Alexander E. Gallin**
Direct Phone: 212.549.0384
Email: agallin@reedsmith.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08
```

JUL 15 2008

**MEMO ENDORSED**

July 15, 2008

<u>VIA FACSIMILE (212) 805-6390</u>

The Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY 10007

    Re:    Willie Jordan v. David Chaluisan Paper Fibers Corp.
            Case No. 08 CV 02191 (WHP)

Dear Judge Pauley:

*[Handwritten endorsement:] Application granted. SO ORDERED: [signature] WILLIAM H. PAULEY III U.S.D.J. 7/18/08. The conference is adjourned to August 7, 2008 at 12:00 p.m.*

    We represent defendant Paper Fibres Corp., incorrectly sued herein as David Chauisan Paper Fibers Corp. ("PFC"), in the above-referenced action.

    On Friday, July 11, 2008, I was notified that the initial scheduling conference for the above-referenced matter was scheduled for July 25, 2008 at 10:00 a.m. This is the first notice we received regarding this conference.

    <u>I have spoken with Plaintiff, and upon Plaintiff's consent</u>, I write to respectfully request a brief adjournment of the conference date. I am currently scheduled to appear in Bronx Supreme Court on July 25, 2008, in another matter. This is our first request for an extension, and to my knowledge, there have been no other previous requests made by any party in this matter. I was given prior permission by your clerk to send this request for adjournment via facsimile.

    We appreciate your attention to this request.

                                            Respectfully Submitted,

                                            Alexander E. Gallin (AG-6578)

cc:    Willie Jordan (by Certified Mail)
        *Pro Se Plaintiff*

NEW YORK ♦ LONDON ♦ LOS ANGELES ♦ PARIS ♦ SAN FRANCISCO ♦ WASHINGTON, D.C. ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com