UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WILLIE JORDAN,                              :

              Plaintiff,               :

                         :

       -against-                        :

DAVID CHALVISAN PAPER FIBRES
CORPORATION                          :

            Defendant.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 2191 (WHP)(HBP)

ORDER OF REFERENCE TO
MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08

       The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge.  The purpose(s) for reference is/are the following:

| | | | |
|---|---|---|---|
| _____ | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | __X__ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _____ | Specific Non-Dispositve Motion/Dispute:* _____ _____ | _____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | _____ | Habeas Corpus |
| _____ | Settlement* | _____ | Social Security |
| _____ | Inquest After Default/Damages Hearing | _____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ All such motions: _____ |

===================================================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  August 8, 2008
       New York, New York

                                UNITED STATES DISTRICT JUDGE
                                WILLIAM H. PAULEY III

*Copies mailed to:*

Willie Jordan
584 Union Ave. # 5A
Bronx, NY 10455
Plaintiff Pro Se
<u>*Pro Se*</u> *Plaintiff*


Alexander E. Gallin, Esq.
Reed Smith LLP
599 Lexington Avenue, 28th Floor
New York, NY 10022
*Counsel for Defendant*