USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
WILLIE JORDAN,                      :
                                    :   08 Civ. 2191 (WHP)
                    Plaintiff,      :
                                    :   SCHEDULING ORDER
        -against-                   :
                                    :
DAVID CHALVISAN PAPER FIBRES        :
CORPORATION,                        :
                                    :
                    Defendant.      :
------------------------------------X

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for an initial pre-trial conference on August 8, 2008, the following schedule is established:

        1.  The parties shall complete discovery by October 31, 2008.

Dated: August 8, 2008
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copies mailed to:*

Willie Jordan
584 Union Ave. # 5A
Bronx, NY 10455
*Pro Se Plaintiff*

Alexander E. Gallin, Esq.
Reed Smith LLP
599 Lexington Avenue, 28th Floor
New York, NY 10022
*Counsel for Defendant*